[823 NE2d 443, 790 NYS2d 78]

In the Matter of RICHARD GUERTIN.

Decided September 14, 2004

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable Richard Guertin is suspended, with pay, effective immediately, from his office of Judge of the Middletown City Court, Orange County, pursuant to NY Constitution, article VI, § 22 and Judiciary Law § 44 (8).

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.